JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCIANO CENDEJAS,<br>Petitioner,<br>v.<br>DEPARTMENT OF HOMELAND SECURITY,<br>Respondent. | No. ED CV 26-3664-E<br><br>JUDGMENT |

Pursuant to the "Order for Entry of Judgment," it is adjudged that the Petition is denied and dismissed with prejudice.

DATED: August 21, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE